AO 440 (Rev. 8/01) Summons in a Civil Action




# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Association of Citizens to Protect and Preserve the Environment of the Oak Grove Community,

V.

United States Federal Aviation Administration, Rans Black, Keafur Grimes, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv378-MEF

TO: (Name and address of Defendant)

Alberto R. Gonzales
Attorney General
Department of Justice
5137 Robert F. Kennedy Buiolding
10th Street and Constitution Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin M. Bowden
Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
Post Office Box 880
Andalusia, Alabama 36420
334-222-3177

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE 5/7/07

(By) DEPUTY CLERK




AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Association of Citizens to Protect and Preserve the Environment of the Oak Grove Community,

V.

United States Federal Aviation Administration, Rans Black, Keafur Grimes, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07 cv 378-MEF

TO: (Name and address of Defendant)

Keafur Grimes
Jackson Airports District Office
100 West Cross Street, Suite B
Jackson, Mississippi 39208-2307

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin M. Bowden
Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
Post Office Box 880
Andalusia, Alabama 36420
334-222-3177

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

DATE 5/7/07

Von Austin

(By) DEPUTY CLERK




AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Association of Citizens to Protect and Preserve the Environment of the Oak Grove Community,

V.

United States Federal Aviation Administration, Rans Black, Keafur Grimes, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07 CV 378-MEF

TO: (Name and address of Defendant)

Rans Black
Jackson Airports District Office
100 West Cross Street, Suite B
Jackson, Mississippi 39208-2307

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin M. Bowden
Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
Post Office Box 880
Andalusia, Alabama 36420
334-222-3177

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE 5/7/07

Von Austin
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

COPY

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Association of Citizens to Protect and Preserve the Environment of the Oak Grove Community,

V.

United States Federal Aviation Administration, Rans Black, Keafur Grimes, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv378-MEF

TO: (Name and address of Defendant)

Leura Garrett Canary
U.S. Attorney, Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin M. Bowden
Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
Post Office Box 880
Andalusia, Alabama 36420
334-222-3177

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE 5/7/07

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Association of Citizens to Protect and Preserve the Environment of the Oak Grove Community,

V.

United States Federal Aviation Administration, Rans Black, Keafur Grimes, et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:07cv378-MEF

TO: (Name and address of Defendant)

**United States Federal Aviation Administration**
**800 Independence Avenue, SW**
**Washington, D.C. 20591**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin M. Bowden
Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
Post Office Box 880
Andalusia, Alabama 36420
334-222-3177

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

DATE 5/7/07

(By) DEPUTY CLERK