IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASSOCIATION OF CITIZENS TO PROTECT AND PRESERVE THE ENVIRONMENT OF THE OAK GROVE COMMUNITY, <br><br> Plaintiff, <br> v. <br><br> UNITED STATES FEDERAL AVIATION ADMINISTRATION, *et al.,* <br><br> Defendants. | ) ) ) ) ) ) ) ) CASE NO. 2:07-cv-378-MEF ) ) ) ) ) |

# **O R D E R**

It is hereby ORDERED that this case is set for a status conference on July 17, 2007 at 4:00 P.M. in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this the 9th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE