**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto R. Gonzales
Attorney General
Dept. of Justice
5137 Robert F. Kennedy Bldg.
10th St. and Constitution Ave. N.W
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Earnest L Parker_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAY 09 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07cv378

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7006 0810 0006 2313 6256

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Case 1:07-cv-00378-JEE-SRW    Document    Filed 05/10/2007    Page 1 of 1