**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Rans Black
   Jackson Airports District Office
   100 West Cross St., Suite B
   Jackson, MS. 39208-2307

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  JKCody                          ☐ Agent
                                      ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery
   JKCody                             5-9-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   07cv378
   SVC

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0002 9364 1882

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-

