**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Federal Aviation Administration
   800 Independence Avenue, SW
   Washington, D.C. 20591

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_     ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   P. TTMAN

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

   07CV378
   SRC

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0005 5841 3908

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540