IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASSOCIATION OF CITIZENS TO PROTECT AND PRESERVE THE ENVIRONMENT OF THE OAK GROVE COMMUNITY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )   CASE NO. 2:07-cv-378-MEF |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION, *et al.,* | ) ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion for Extension of Time to File Answer or Other Response (Doc. #8) filed on July 2, 2007, it is hereby

ORDERED that the motion is GRANTED to and including August 8, 2007.

DONE this the 5th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE