**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| ASSOCIATION OF CITIZENS TO ) <br> PROTECT AND PRESERVE THE ) <br> ENVIRONMENT OF THE OAK ) <br> GROVE COMMUNITY, ) <br>  ) <br> PLAINTIFF, ) <br>  ) <br> VS. ) <br>  ) <br> UNITED STATES FEDERAL ) <br> AVIATION ADMINISTRATION, ) <br> RANS BLACK, in his official ) <br> capacity as Jackson Airport's ) <br> District Office, KEAFUR GRIMES, et al, ) <br>  ) <br> DEFENDANTS. ) | Case Number: 2:07-cv-378 |

**CONFLICT DISCLOSURE STATEMENT**

    Comes now Association of Citizens to Protect and Preserve the Environment of the Oak Grove Community, Plaintiff, in the above-captioned matter, and in accordance with the Order of the Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    1. The Plaintiff is a non-profit association of individuals formed for dealing with the issues in this suit. There are no business or companies in the association. The Oak Grove United Methodist Church is a member of the association.

    s/ Benjamin M. Bowden
    Benjamin M. Bowden (BOW035)
    ASB-1909-N43B
    Attorney for Plaintiff
    Albrittons, Clifton, Alverson,
    Moody & Bowden, P.C.
    Post Office Drawer 880
    Andalusia, Alabama 36420
    Telephone : (334)-222-3177
    Fax:  (334)-222-2696
    E-mail: bbowden@albrittons.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the efile.alacourt system which shall send notification of such filing to the following counsel of record which includes:

Stephen Michael Doyle
stephen.doyle@usdoj.gov

      Further, I have served via U.S. Mail the following counsel of record:

Rans Black
Jackson Airports District Office
100 West Cross Street, Suite B
Jackson, Mississippi 39208-2307

Keafur Grimes
Jackson Airports District Office
100 West Cross Street, Suite B
Jackson, Mississippi 39208-2307

                                      s/ Benjamin M. Bowden
                                      OF COUNSEL