IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASSOCIATION OF CITIZENS TO ) | |
| PROTECT AND PRESERVE THE ) | |
| ENVIRONMENT OF THE ) | |
| OAK GROVE COMMUNITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: **2:07-CV-378-MEF** |
| ) | |
| UNITED STATES FEDERAL ) | |
| AVIATION ADMINISTRATION, ) | |
| RANS BLACK, KEAFUR GRIMES, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Federal Aviation Administration (FAA), and Rans Black and Keafur Grimes in their official capacity as FAA employees, Defendants in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the June 12, 2007, order of this Court, make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☒   These parties are a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported: None.

Dated this the 11th day of July, 2007.

                                 LEURA G. CANARY
                                 United States Attorney

                By:    /s/Stephen M. Doyle
                                 STEPHEN M. DOYLE
                                 Chief, Civil Division
                                 Assistant United States Attorney
                                 Attorney for Defendant
                                 Post Office Box 197
                                 Montgomery, AL  36101-0197
                                 District of Columbia Bar No. 422474
                                 Telephone No.: (334) 223-7280
                                 Facsimile No.: (334) 223-7418
                                 **E-mail:  stephen.doyle@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Benjamin Max Bowden, Esquire.

                                           /s/Stephen M. Doyle
                                           Assistant United States Attorney