IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASSOCIATION OF CITIZENS TO PROTECT AND PRESERVE THE ENVIRONMENT OF THE OAK GROVE COMMUNITY, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:07-cv-378-MEF |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION, *et al.*, ) ) ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Motion for Preliminary Injunction contained within the Plaintiff's Complaint (Doc. # 1), and in light of the representations made by the Plaintiff and the Defendant at the status conference held on July 17, 2007, that it is unable to establish at this time the requisite legal elements for the preliminary injunctive relief sought, it is hereby ORDERED that the Motion (Doc. # 1) is DENIED.

DONE this the 18th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE