IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASSOCIATION OF CITIZENS TO PROTECT AND PRESERVE THE ENVIRONMENT OF THE OAK GROVE COMMUNITY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FEDERAL AVIATION ADMINISTRATION, *et al.,* <br><br> Defendants. | ) ) ) ) ) ) ) ) CASE NO. 2:07-cv-378-MEF ) ) ) ) ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Dismiss (Doc. #14) filed on August 1, 2007, it is hereby ORDERED that:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before August 17, 2007.

2. The defendants may file a reply brief on or before August 24, 2007.

DONE this the 3rd day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE