**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **ASSOCIATION OF CITIZENS TO** ) | |
| **PROTECT AND PRESERVE THE** ) | |
| **ENVIRONMENT OF THE OAK** ) | |
| **GROVE COMMUNITY,** ) | |
| ) | |
|     **PLAINTIFF,** ) | |
| ) | |
| VS. ) | **Case Number: 2:07-cv-378** |
| ) | |
| **UNITED STATES FEDERAL** ) | |
| **AVIATION ADMINISTRATION,** ) | |
| **RANS BLACK, in his official** ) | |
| **capacity as Jackson Airport's** ) | |
| **District Office, KEAFUR GRIMES, et al,** ) | |
| ) | |
|     **DEFENDANTS.** ) | |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT**

Comes now the Plaintiff, by and through counsel, and hereby requests oral argument on Defendant Federal Aviation Administration's Motion to Dismiss. As grounds for this motion, Plaintiff says the follows:

1. Oral argument on this motion will assist the Court in clarifying the relative positions of the parties and assist the Court in reaching a decision on the matters before the Court.

                                          Respectfully submitted,
                                          s/ Benjamin M. Bowden
                                          Benjamin M. Bowden (BOW035)
                                          ASB-1909-N43B
                                          Attorney for Plaintiff
                                          Albrittons, Clifton, Alverson,
                                          Moody & Bowden, P.C.
                                          Post Office Drawer 880
                                          Andalusia, Alabama 36420
                                          Telephone : (334)-222-3177
                                          Fax:  (334)-222-2696
                                          E-mail: bbowden@albrittons.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the efile.alacourt system which shall send notification of such filing to the following counsel of record which includes:

Stephen Michael Doyle
stephen.doyle@usdoj.gov

                                              s/ Benjamin M. Bowden
                                              OF COUNSEL