IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASSOCIATION OF CITIZENS TO PROTET AND PRESERVE THE ENVIRONMENT OF THE OAK GROVE COMMUNITY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES FEDERAL AVIATION ADMINISTRATION, RANS BLACK, KEAFUR GRIMES, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: **2:07-CV-378-MEF**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### FEDERAL AVIATION ADMINISTRATION'S
### OPPOSITION TO PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

COMES NOW the Defendant, Federal Aviation Administration (FAA), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby opposes plaintiff's request for oral argument. In support of this opposition, the FAA states as follows:

1. The FAA has filed a straight-forward motion to dismiss for lack of subject-matter jurisdiction. The motion has been fully briefed by the parties, and the pertinent facts and legal arguments are comprehensively presented in the briefs.

2. The Court already heard from the parties at the status conference held on July 17, 2007.

3. The decisional process would not be aided by oral argument, and oral argument would only serve to delay a ruling on the jurisdictional issue.

WHEREFORE, for the reasons set forth above and for good cause shown, defendant FAA requests that the Court deny plaintiff's request for oral argument.

Respectfully submitted this 27th day of August, 2007.

LEURA G. CANARY
United States Attorney

By:  /s/Stephen M. Doyle
STEPHEN M. DOYLE
Chief, Civil Division
Assistant United States Attorney
Attorney for Defendant
Post Office Box 197
Montgomery, AL  36101-0197
District of Columbia Bar No. 422474
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail:  stephen.doyle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Benjamin Max Bowden, Esquire.

  /s/Stephen M. Doyle
Assistant United States Attorney