IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASSOCIATION OF CITIZENS TO PROTECT AND PRESERVE THE ENVIRONMENT OF THE OAK GROVE COMMUNITY, <br><br> Plaintiff, <br> v. <br><br> UNITED STATES FEDERAL AVIATION ADMINISTRATION, *et al.,* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO. 2:07-cv-378-MEF

## **O R D E R**

Upon consideration of the defendants' Motion for Hearing (Doc. #20) filed on August 27, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this 31st day of August, 2007.

　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE