## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF CITIZENS TO PROTECT AND PRESERVE THE ENVIRONMENT OF THE OAK GROVE COMMUNITY, | ) ) ) ) ) | |
| PLAINTIFF, | ) ) | |
| VS. | ) ) | Case Number: 2:07-cv-378-MEF |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION, RANS BLACK, in his official capacity as Jackson Airport's District Office, KEAFUR GRIMES, et al, | ) ) ) ) ) ) | NOTICE OF APPEAL |
| DEFENDANTS. | ) ) | |

Notice is hereby given that Plaintiff, Association of Citizens to Protect and Preserve the Environment of the Oak Grove Community, in the above-named case, hereby appeals to the United States Court of Appeals for the 11th Circuit from the Order granting Defendant United States Federal Aviation Administration's Motion to Dismiss entered in this action on September 4, 2007 and the Order denying "Plaintiff's Motion to Alter or Amend Judgment," entered on October 31, 2007.

Respectfully submitted,

s/ Benjamin M. Bowden
Benjamin M. Bowden (BOW035)
ASB-1909-N43B
Attorney for Plaintiff
Albrittons, Clifton, Alverson,
Moody & Bowden, P.C.
Post Office Drawer 880

              Andalusia, Alabama 36420
              Telephone : (334)-222-3177
              Fax:  (334)-222-2696
              E-mail: bbowden@albrittons.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the efile.alacourt system which shall send notification of such filing to the following counsel of record which includes:

Stephen Michael Doyle
stephen.doyle@usdoj.gov

              s/ Benjamin M. Bowden
              OF COUNSEL