```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001350
Cashier ID: cstrecke
Transaction Date: 12/03/2007
Payer Name: ALBRITTON CLIFTON ALVERSON
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ALBRITTON CLIFTON ALVERSON
 Case/Party: D-ALM-2-07-CV-000378-001
 Amount:         $455.00
--------------------------------
CHECK
 Remitter: ALBRITTON CLIFTON
 Check/Money Order Num: 16142
 Amt Tendered:   $455.00
--------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

DALM207CV000378-MEF

ALBRITTON CLIFTON ALVERSON

P O DRAWER 880
ANDALUSIA, AL  36420
```